UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MIKE MURPHY,<br><br>              Plaintiff,<br><br>vs.<br><br>BUTCH OTTER, et al,<br><br>              Defendants. | Case No. 1:11-cv-00453-BLW<br><br>**JUDGMENT** |

In accordance with the Order of Dismissal filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this entire case is DISMISSED with prejudice.

DATED: July 13, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1